**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7590**

MICHAEL CURTIS REYNOLDS,

       Petitioner - Appellant,

    v.

WARDEN TIMOTHY STEWART,

       Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  James K. Bredar, District Judge.  (1:16-cv-03471-JKB)

Submitted:  March 14, 2017      Decided:  March 17, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Curtis Reynolds, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Curtis Reynolds, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Reynolds v. Stewart</u>, No. 1:16-cv-03471-JKB (D. Md. Oct. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>